**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ruben SANCHEZ, Defendant–**
**Appellant.**

**No. 12–10447**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 11, 2012.

Anne Ruth Schultz, Wifredo A. Ferrer, Kelly S. Karase, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Allen P. Pegg, Murai Wald Biondo & Moreno, PA, Coral Gables, FL, for Defendant–Appellant.

---

Ruben Sanchez, Miami, FL, pro se.

Before HULL, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Allen P. Pegg, appointed counsel for Ruben Sanchez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sanchez's conviction and sentence are **AFFIRMED.**